**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | Case No. 4:08-cr-030 |
| Tamara Lynn McDonald, | ) | |
| | ) | |
| Defendant. | ) | |

_____

On April 23, 2008, the defendant, Tamara Lynn McDonald, was charged in a three-count indictment with theft by a bank employee and false statements (two counts). See Docket No. 13. On July 28, 2008, McDonald pled guilty to counts one and two. See Docket No. 26. A sentencing hearing was held in Minot, North Dakota, on October 9, 2008. At the hearing, the Court found that McDonald had embezzled money from the State Bank of Bottineau, Bottineau, North Dakota, in the amount of $18,452.89. Of the $18,452.89, $12,370.00 is in possession of the FBI. The Court **ORDERS** that the FBI shall return the $12,370.00 to the State Bank of Bottineau to be applied to the restitution amount owed in this case.

**IT IS SO ORDERED.**

Dated this 20th day of October, 2008.

　　　　　　　　　　　　　　　　　　　　*/s/ Daniel L. Hovland*
　　　　　　　　　　　　　　　　　　　　Daniel L. Hovland, Chief Judge
　　　　　　　　　　　　　　　　　　　　United States District Court